## BARTHOLOMEW *against* JACKSON.

Labour or service voluntarily done and performed by the plaintiff, for the defendant, without his privity or request, however meritorious or beneficial it may be to the defendant, as in saving his property from destruction by fire, affords no ground of action.

IN ERROR, on *certiorari* to a Justice's Court. *Jackson* sued *Bartholomew* before a Justice, for work and labour, &c. *B.* pleaded *non assumpsit.* It appeared in evidence, that *Jackson* owned a wheat stubble-field, in which *B.* had a stack of wheat, which he had promised to remove in due season for preparing the ground for a fall crop. The time for its removal having arrived, *J.* sent a message to *B.*, which, in his absence, was delivered to his family, requesting the immediate removal of the stack of wheat, as he wished, on the next day, to burn the stubble on the field. The sons of *B.* answered, that they would remove the stack by 10 o'clock the next morning. *J.* waited until that hour, and then set fire to the stubble, in a remote part of the field. The fire spreading rapidly, and threatening to burn the stack of wheat, and *J.*, finding that *B.* and his sons neglected to remove the stack, set to work and removed it himself, so as to secure it for *B.*; and he claimed to recover damages for the work and labour in its removal. The jury gave a verdict for the plaintiff for 50 cents, on which the Justice gave judgment, with costs.

PLATT, J. delivered the opinion of the Court. I should be very glad to affirm this judgment; for though the plaintiff was not legally entitled to sue for damages, yet to bring a *certiorari* on such a judgment was most unworthy. The plaintiff performed the service without the privity or request of the defendant; and there was, in fact, no promise, express or implied. If a man humanely bestows his labour, and even risks his life, in voluntarily aiding to pre-

serve his neighbour's house from destruction by fire, the law considers the service rendered as *gratuitous*, and it, therefore, forms no ground of action. The judgment must be reversed.

Judgment reversed.